No. 1137, Misc.   GADSON *v.* FLORIDA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.

No. 1139, Misc.   FURTAK *v.* MANCUSI, WARDEN.   Ct. App. N. Y.   Certiorari denied.

No. 1141, Misc.   WILLIAMS *v.* DUTTON, WARDEN. C. A. 5th Cir.   Certiorari denied.   *James W. Dorsey* for petitioner.   *Arthur K. Bolton,* Attorney General of Georgia, and *Alfred L. Evans, Jr.,* and *Marion O. Gordon,* Assistant Attorneys General, for respondent.

No. 1142, Misc.   STEVENSON *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 1144, Misc.   LONG *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 1145, Misc.   KENNETT *v.* MUNICIPAL COURT, LOS ANGELES JUDICIAL DISTRICT, COUNTY OF LOS ANGELES. C. A. 9th Cir.   Certiorari denied.

No. 1147, Misc.   RAPP *v.* PAGE, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 1148, Misc.   VAN DUYNE *v.* YEAGER, PRINCIPAL KEEPER, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 1150, Misc.   MERCURI *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 1154, Misc.   DARBY *v.* MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.